IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00256–MSK–KMT

MARIAN G. KERNER, and
JOHN DOE, Hispanic/Latino males on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Amended Unopposed Motion for Leave of Court to Amend Complaint" (Doc. No. 21, filed July 19, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file the "First Amended Complaint for Damages [Class Action] and Demand for Jury Trial" (Doc. No. 21-1).

Dated: July 25, 2011