IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00256–MSK–KMT

MARIAN G. KERNER, and
JACOBO GONZALES, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant's Unopposed Motion to Amend Scheduling Order and Extend Class Certification Discovery and Class Certification Motion Deadlines and to Vacate October 7, 2011 Settlement Conference" (Doc. No. 28, filed Sept. 27, 2011) is GRANTED. The Class Certification Discovery Cut-Off is extended to December 20, 2011. The parties shall file simultaneous class certification briefing no later than January 20, 2012, and simultaneous response briefs shall be filed no later than February 20, 2012. The Settlement Conference set for October 7, 2011 at 9:00 a.m. is VACATED.

Dated: September 28, 2011