**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover            Date:   September 23, 2015
Court Reporter:    Terri Lindblom

Civil Action No. 11-cv-00256-MSK-KMT

*Parties*:                                           *Counsel*:

MARIAN G. KERNER,                                    Kenneth Padilla
RAMONA J. LOPEZ,                                     Joaquin Padilla

          Plaintiffs,

v.

CITY AND COUNTY OF DENVER a municipal                Franklin Nachman
corporation,                                         Kristin Merrick

          Defendant.

**COURTROOM MINUTES**

HEARING:   702 Hearing - Day One (**Doc. #175**)

**9:13 a.m.       Court in session**

The Court grants counsel's request to have expert witness and paralegal to sit at counsel tables.

The Court addresses the opinions proffered through Dr. Mullin and the objections to those opinions.

Statements from counsel.

**Witness sworn for the defendant : Charles Mullen :**
 **9:31 a.m.**     Direct Examination by Mr. Nachman.

 **EXHIBITS:  Considered:   30, 12-14, 2, 17-18 (pgs 8-9), 33, 36, 37**

**10:27 a.m.      Court in recess.**
**10:40 a.m.      Court in session**

Continued direct examination of witness by Mr. Nachman.

**EXHIBITS:   Considered:   34 (pg 11)**

Cross examination of witness by Mr. Padilla.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**12:05 p.m.      Court in recess**
**1:02 p.m.       Court in session**

Continued cross examination of witness Mullin by Mr. Padilla.

Re-direct examination of witness by Mr. Nachman.

No further witnesses for defendant.

**2:06 p.m.      Court in recess**
**2:23 p.m.      Court in session**

**Witness sworn for the plaintiff : Robert A. Bardwell, Ph.D. :**
**2:24 p.m.**      Direct Examination by Mr. Padilla

**3:34 p.m.      Court in recess**
**3:44 p.m.      Court in session**

Cross examination of witness by Mr. Nachman.

Re-direct examination of witness by Mr. Padilla.

**Witness sworn for the plaintiff : Lari Masten, MSA, CPA :**
**4:25 p.m.**      Direct Examination by Mr. Padilla.

Direct examination of witness by Mr. Padilla.

Hearing will continue at 9:00 tomorrow.

**5:01 p.m.      Court in recess.**

**Total Time:   6 hours 11 minutes.**
**Trial continued.**