# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover           Date:   September 24, 2015
Court Reporter:     Terri Lindblom

Civil Action No. 11-cv-00256-MSK-KMT

*Parties*:                                    *Counsel*:

MARIAN G. KERNER,                             Kenneth Padilla
RAMONA J. LOPEZ,                              Joaquin Padilla

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER a municipal         Franklin Nachman
corporation,                                  Kristin Merrick
                                              Edward Allen

       Defendant.

## COURTROOM MINUTES

HEARING:   702 Hearing - Day Two (**Doc. #175**)

**9:20 a.m.**      **Court in session**

Continued direct examination of previously sworn witness Lari Masten by Mr. Padilla.

**EXHIBITS:   Considered:   17-22**

Cross examination of witness by Ms. Merrick.

No re-direct examination of witness.

**Witness sworn for the plaintiff : Alan Salzberg, Ph.D :**
**10:09 a.m.**     Direct Examination by Mr. Padilla.

Cross examination of witness by Mr. Allen

No re-direct examination of witness.

No further evidence regarding Dr. Mullin's opinions.

**10:38 a.m.**     **Court in recess**
**10:51 a.m.**     **Court in session**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

Oral argument regarding foundation for admissibility of Dr. Mullin's opinions.

The record is closed with regard to Dr. Mullin's opinions.

The Court addresses the opinions proffered through Dr. Bardwell and the objections to those opinions.

Statements from counsel.

**Witness (previously sworn) for the plaintiff : Robert A. Bardwell, Ph.D. :**
**11:21 a.m.**     Direct Examination by Mr. Padilla.

**EXHIBITS:   Considered:   4 (Tables 1-4, Chart 1)**

**12:04 p.m.     Court in recess.**
**1:11 p.m.      Court in session**

Continued direct examination of witness Bardwell by Mr. Padilla.

Cross examination of witness by Mr. Nachman.

Re-direct examination of witness by Mr. Padilla.

**2:16 p.m.     Court in recess**
**2:30 p.m.     Court in session**

**Witness (previously sworn) for the plaintiff : Alan Salzberg :**
**2:30 p.m.**     Direct Examination by Mr. Padilla.

Cross examination of witness by Mr. Allen.

No re-direct examination of witness.

**Witness (previously sworn) for the plaintiff : Lori Masten :**
**2:43 p.m.**     Direct Examination by Mr. Padilla.

Cross examination of witness by Ms. Merrick.

No re-direct examination of witness.

Witness Dr. Mullin, previously sworn, is recalled by defendant.

Direct examination of witness by Mr. Nachman.

Cross examination of witness by Mr. Padilla.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

Re-direct examination of witness by Mr. Nachman.

No rebuttal evidence.

The record is closed with regard to Dr. Bardwell's opinions.

| | |
|---|---|
| **3:11 p.m.** | **Court in recess** |
| **3:31 p.m.** | **Court in session** |

Oral argument regarding foundation for admissibility of Dr. Bardwell's opinions.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   The Court's ruling with regard to the foundational requirements being met under Rule 702 and what the expert witnesses may or may not testify to is as set forth in the record.

**5:18 p.m.**   **Court in recess**

**Total Time:   6 hours 4 minutes.**
**Hearing concluded.**