**City and County of Denver**
**Potential Lost Earnings**
**by Classification Title**

| Classification Title | Shortfall | Potential Lost Earnings |
|---|---|---|
| 311 Customer Service Agent | 1.09 | $ 212,492 |
| Administrative Support Assistant II | 0.48 | $ 155,655 |
| Administrative Support Assistant III | 3.32 | $ 428,378 |
| Administrative Support Assistant IV | 9.17 | $ 1,136,504 |
| Contract Compliance Technician | 0.45 | $ 81,071 |
| Eligibility Technician | 4.88 | $ 761,967 |
| Executive Assistant I | 0.23 | $ 37,307 |
| Executive Assistant II | 0.32 | $ 92,665 |
| | | |
| Total for 8 Job Classes | 19.94 | $ 2,906,039 |
| | | |
| Human Resources Support Technician | 0.07 | $ 11,082.10 |
| Animal Control Investigator | 0.06 | $ 4,197.32 |
| Vehicle Impound Clerk | 0.08 | $ 17,405.68 |
| Fingerprint Identification Clerk | 0.07 | $ 11,299.74 |
| Purchasing Technician | 0.07 | $ 13,671.02 |
| Maintenance Control Technician | 0.10 | $ 12,809.23 |
| Agency Support Technician | 0.10 | $ 25,843.35 |
| | | $ 96,308.44 |
| | | |
| **Total Damages for all 20 Job Classes** | **20.50** | **$ 3,002,347** |

**Lost Earnings**
**Cummulative Model Changes**
**Relative to Dr. Mullin's Model**

| Model Change | Total Damage | Incremental Value |
|---|---|---|
| Mullin Model 06/03/2016 | $ 1,164,523 | |
| Calculate additional shrotfall by job class | $ 1,166,704 | $ 2,182 |
| Last Hire 8/18/2008 | $ 1,243,702 | $ 76,998 |
| 20 weeks unemployement | $ 1,439,525 | $ 195,823 |
| Apply attrition at end of first year | $ 1,592,298 | $ 152,773 |
| Use of actual city benefits | $ 1,947,627 | $ 355,329 |
| 90% graduated attrition | $ 3,002,347 | $ 1,054,720 |

EXHIBIT 1