**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Honorable Marcia S. Krieger**

**Civil Action No. 11-cv-00256-MSK-KMT**

**MARIAN G. KERNER; and**
**ROMONA J. LOPEZ, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**CITY AND COUNTY OF DENVER,**

**Defendant.**

---

# JUDGMENT

---

**PURSUANT TO** the Court's July 8, 2016 Opinion and Order on Damages and the proceedings to date, judgment is hereby entered in favor of the Plaintiffs and against the Defendant, in the amount of $ 1,674,807, with costs pursuant to Fed. R. Civ. P. 54(d)(1). Post-judgment interest on this sum shall accrue from the date of entry of judgment pursuant to 28 U.S.C. § 1961.

Dated this 8th day of July, 2016.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge