*Marian Kerner & Ramona Lopez v. City & County of Denver*
U.S. District Court Case No. 11-cv-00256-MSK-KMT
**TABLE OF COSTS**

| DATE | ITEM | AMOUNT |
|---|---|---|
| | **FEES OF THE CLERK** | |
| 2/1/11 | U.S. District Court - Filing Fee | $ 350.00 |
| | **FEES FOR SERVICE OF SUMMONS & COMPLAINT** | |
| 3/23/11 | Service of Summons & Complaint | $ 30.00 |
| | **FEES OF COURT REPORTER** | |
| 2/11/15 | Therese Lindblom – Transcript Law & Motion Hearing | $ 102.20 |
| 2/22/16 | Therese Lindblom – Transcript | $ 48.40 |
| 3/17/16 | Therese Lindblom – Transcript Daubert Ruling | $ 366.30 |
| 5/12/16 | Therese Lindblom – Transcript of 5/11/16 Oral Ruling | $ 213.87 |
| | **FEES & DISBURSEMENTS FOR PRINTING** | |
| 6/19/13 | OfficeMax – Printing Services Notice to Class (First Notice) | $ 191.80 |
| 3/29/14 | OfficeMax – Printing Services Notice to Class (Second Notice) | $ 386.71 |
| | Copying Costs: 15,267 pages @ 10¢ per page | $ 1,526.70 |
| | **COSTS INCIDENT TO TAKING OF DEPOSITIONS** | |
| 3/12/12 | Stormo Reporting - Transcript Yvette Martinez Deposition | $ 933.80 |
| 11/1/12 | Stormo Reporting - Transcript Marion Lujan Deposition | $ 887.80 |

| | | |
|---|---|---|
| 10/29/14 | US Airways – Travel to Tallahassee, FL for Mullin Deposition | $ 181.10 |
| 10/29-30/14 | Hotel Tallahassee, FL for Mullin Deposition | $ 120.49 |
| 11/4/14 | SouthWest Airlines – Travel to Denver | $ 142.10 |
| 11/7/14 | Peggy Owens & Associates – Transcript Charles Mullin Deposition | $ 1,264.60 |
| 6/11/15 | Charles Mullin, ERS Group, Deposition Expert Witness Fee | $ 2,870.00 |
| 6/17/16 | Stevens-Koenig Reporting – Deposition Transcript of Marian G. Kerner | $ 520.15 |
| 6/17/16 | Stevens-Koenig Reporting – Deposition Transcript of Ramona Lopez ($396.35) | $ 396.35 |
| | **OTHER ITEMIZED COSTS** | |
| | **Postage** | |
| 6/20/13 | Postmaster - Postage for First Notice to Class | $ 264.00 |
| 3/31/14 | Postmaster - Postage for Second Notice to Class It should be noted that Defendant was ordered to pay this cost. [Doc. # 125] | $ 406.70 |
| 9/14/15 | Postmaster – Overnight correspondence to Alan Salzberg | $ 19.99 |
| | Postage | $ 75.00 |
| | **Expert Fees** | |
| 8/5/16 | Bardwell Consulting – Expert Witness | $140,358.00 |
| 9/14/15 | SaltHill Statistical Consulting – Alan Salzberg Statistical Witness at Daubert Hearing | $ 10,000.00 |
| 8/26/15 | Masten Valuation – Lari Masten Damages Witness at Daubert Hearing | $ 5,000.00 |

| | | |
|---|---|---|
| 2/29/16 | Masten Valuation – Lari Masten Damages Witness at Daubert Hearing $4,627 Reduced to $3,977 | $ 3,977.00 |
| | **Alternative Dispute Resolution** | |
| 12/23/15 | JAG | $ 2,691.00 |
| | | |
| | **TOTAL** | **$173,324.06** |
| | | |

Plaintiffs will incur additional costs in regard to the administration of the damages award and the distribution of funds to the class members. Plaintiffs, therefore, reserve the right to seek additional costs.