**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00256-MSK-KMT

MARIAN G. KERNER, and
RAMONA J. LOPEZ, on behalf of themselves and all others similarly situated,
Plaintiffs**,**

v.

CITY AND COUNTY OF DENVER, a municipal corporation
Defendant.

---

**DEFENDANT'S RESPONSE TO PLAINTIFFS' SUPPLEMENT TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND EXPENSES [ECF #234]**

---

Defendant, City and County of Denver, by and through its attorneys, Kristen A. Merrick, Assistant City Attorney, and Edward M. Allen, Esq., for its Response to Plaintiffs' Supplement to Plaintiffs' Motion for Attorney's Fees and Expenses [ECF #234] states as follows:

1. Plaintiffs filed their Motion for Attorney's Fees and Expenses on the deadline (with extension) of August 5, 2016 [ECF #231].

2. On August 11, 2016, the Court denied Plaintiffs' Motion for Attorney's Fees and Expenses for failure to comply with D.C.COLO.LCivR 7.1(a) [ECF #233].

3. On August 12, 2016, Plaintiffs filed a "Supplement to Plaintiffs' Motion for Attorney Fees and Expenses" [ECF #234].

4. As Plaintiffs' Motion for Attorney's Fees and Expenses has been denied [ECF #233], this response is exclusively to the Supplement [ECF #234] Plaintiffs filed. The "Supplement" contains two incorrect statements.

5. First, Plaintiffs' counsel Kenneth Padilla states "[t]he parties had previously discussed Plaintiffs' Motion for Attorney's Fees and Expenses" [ECF #234, p. 2] which is incorrect. Other than conferring regarding Plaintiffs' request for an extension of time, the first time the parties conferred about Plaintiffs' Motion for Attorney Fees and Expenses was August 11, 2016. (Exhibit 1, Conferral E-mail.)

6. Second, Plaintiffs' counsel Kenneth Padilla states in his Certification, "Defendant has no objection to the filing of the within Supplement." [ECF #234, p. 1.] Although counsel discussed that Plaintiffs would be advising the Court that the Parties had now conferred regarding the Motion [ECF #231] in attempt to cure the deficiency, Defendant was not aware the filing would be in the form of a Supplement [ECF #234] to a Motion that was already denied. Had notice to this effect been provided, Defendant would have advised that it objects to the filing of the Supplement because a) it is untimely and Plaintiffs did not seek leave of Court to file it; and b) it attempts to supplement Plaintiffs' Motion for Attorney's Fees and Expenses [ECF #231], which this Court already denied [ECF #233]. Filing an untimely supplement, without leave of Court, does not revive a motion that was denied and, therefore, the supplement should be rejected.

Respectfully submitted this 22nd day of August, 2016.

*s/ Kristen A. Merrick*
Kristen A. Merrick
Assistant City Attorney
Office of City Attorney, Litigation Section
201 W. Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100
E-mail: dlefiling.litigation@denvergov.org
*Attorney for Defendant*

Edward M. Allen
Allen & Curry, P.C.
1125 17th Street, Suite 1275
Denver, CO 80202
eallen@allen-curry.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE BY CM/ECF**

The undersigned hereby certifies that on the 22nd day of August, 2016, a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFFS' SUPPLEMENT TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND EXPENSES [ECF #234]** was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address, or as provided to the Court:

Kenneth A. Padilla, Esq.
Padilla & Padilla, PLLC
1753 Lafayette Street
Denver, Colorado 80218
E-Mail: Padillaesq@aol.com
*Attorney for Plaintiffs*

Joaquin G. Padilla, Esq.
Padilla & Padilla, PLLC
1753 Lafayette Street
Denver, Colorado 80218
E-Mail: Joaquin@padillalawoffices.com
*Attorney for Plaintiffs*

John Edward Mosby, Esq.
621 17th Street, Suite 2445
Denver, CO 80293
E-Mail: john_mosby@msn.com
*Attorney for Plaintiffs*

Marilyn Cain Gordon, Esq.
7603 Georgia Avenue, N.W., #304
Washington, DC 20012
E-Mail: m.cain.gordon@msn.com
*Attorney for Plaintiffs*

Edward M. Allen, Esq.
Allen & Curry, P.C.
1125 17th Street, Suite 1275
Denver, CO 80202
eallen@allen-curry.com
*Attorney for Defendant*

*s/ Veronica Blea*
Office of the City Attorney