**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 11-cv-00256-MSK-KMT

**MARIAN G. KERNER**, and **RAMONA J. LOPEZ**, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**CITY and COUNTY of DENVER**, a municipal corporation.

Defendant.

---

**UNOPPOSED SUPPLEMENT IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR ATTORNEY'S FEES AND EXPENSES**

---

**COME NOW**, the above named Plaintiffs, by and through their attorneys, Padilla & Padilla, PLLC, and supplements Plaintiffs' Second Motion for Attorney's Fees and Expenses [Doc. # 245], filed on October 14, 2016, by submitting an Order issued on January 9, 2017 by Senior District Judge Richard P. Matsch in the case of *Warner v. Aurora Public Schools*, Case No. 14-cv-02359-RPM granting Plaintiff's Motion for Attorney's Fees and Expenses and for Entry of Final Judgment [14-cv-02359, Doc. # 86] approving an award of $500 per hour for an attorney with 26 years of experience in a single-plaintiff case. A copy of Judge Matsch's Order in the *Warner* case is attached hereto as **EXHIBIT 1**.

**CERTIFICATION**

Counsel for Plaintiffs hereby certifies that pursuant to D.C.COLO.LCivR 7.1(a) he and counsel for the Defendant conferred in good faith prior to filing this supplement and counsel for Defendant does not oppose Plaintiffs' Unopposed Supplement in Support of Plaintiffs' Second Motion for Attorney's Fees and Expenses.

Respectfully submitted,

PADILLA & PADILLA, PLLC

By: s/ Kenneth A. Padilla

KENNETH A. PADILLA
JOAQUIN G. PADILLA
Padilla & Padilla, PLLC
1753 Lafayette Street
Denver, CO 80218
Phone: 303-832-7145
Fax: 303-832-7147
E-mail: Padillaesq@aol.com
E-mail: Joaquin@padillalawoffices.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, **Unopposed Supplement in Support of Plaintiffs' Second Motion for Attorney's Fees and Expenses** was electronically filed this 11th day of January, 2017 with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Franklin A. Nachman, Esq,
Franklin.nachman@denvergov.org

Kristen A. Merrick, Esq.
Kristen.merrick@denvergov.org
dlefiling.litigation@denver.gov.org
Denver City Attorney's Office

Edward M. Allen, Esq.
eallen@allen-curry.com
Allen & Curry, P.C.
Attorneys for Defendant

s/ Kenneth A. Padilla